## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ERIC TROUTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-676 CAS |
| ) | |
| PEOPLES NATIONAL BANK and BB&T, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's state law claims in Counts I through IX and XII through XIV are **DISMISSED** for lack of subject matter jurisdiction. See Rule 12(b)(1), Fed. R. Civ. P.

**IT IS FURTHER ORDERED** that plaintiff's claims under 42 U.S.C. § 1983 in Counts X and XI are **DISMISSED** for failure to state a claim upon which relief can be granted. See Rule 12(b)(6), Fed. R. Civ. P.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  13th  day of July, 2005.